# Order

Michigan Supreme Court
Lansing, Michigan

September 25, 2013

146806

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CHAD J. THEODORE,
        Plaintiff-Appellee,

v

KRYSTA LIVINGSTON,
        Defendant-Appellee,

and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
        Defendant-Appellant,

and

PROGRESSIVE INSURANCE COMPANY
and PROGRESSIVE MARATHON
INSURANCE COMPANY,
        Defendants-Appellees.

SC: 146806
COA: 306555
Genesee CC: 10-094902-NI

_____/

On order of the Court, the application for leave to appeal the January 24, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2013



p0918

Clerk